IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| T. C. GRANT, #151727, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-866-WHA |
| | ) |
| KAY IVEY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 4, 2021, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay an initial partial filing fee as ordered by this court.

A separate Final Judgment will be entered.

DONE this 28th day of January, 2021.

　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE